USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Windward Bora LLC,

                     Plaintiff,

-against-

Manuel A Brea, et al.,

                     Defendants.

1:19-cv-09998 (AT)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

       A settlement conference before Magistrate Judge Aaron is scheduled for June 8, 2020 at 2:00 p.m. (ECF No. 41.) Pursuant to the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron, the parties' pre-settlement conference submissions were due to the Court via email at Aaron_NYSDChambers@nysd.uscourts.gov by June 1, 2020, 7 days before the conference. The Court has not received Defendant Campusano's submissions.

       Accordingly, Defendant shall submit his pre-settlement conference submissions to the Court by email no later than 5:00 p.m. on Friday, June 5, 2020. Failure to submit settlement conference submissions may result in sanctions.

**SO ORDERED.**

DATED:    New York, New York
              June 3, 2020

_____
STEWART D. AARON
United States Magistrate Judge