USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2020

# MARGOLIN & WEINREB LAW GROUP, LLP

Attorneys at Law
165 Eileen Way, Suite 101
Syosset, New York 11791

ALAN WEINREB, ESQ.
C. LANCE MARGOLIN, ESQ.

(516) 921-3838
FAX (516) 921-3824
www.nyfclaw.com

June 24, 2020

**VIA ECF**
The Honorable Magistrate Judge Stewart D. Aaron
United States District Court—SDNY
500 Pearl St.
New York, NY 10007-1312

Request GRANTED. The settlement conference is hereby adjourned to July 23, 2020 at 11:00 a.m.
SO ORDERED.
Dated: 6/24/2020    *[signature: Stewart D. Aaron]*

Re: Windward Bora LLC v. Brea, et al., Civil Action No. 19-cv-9998-AT

Dear Magistrate Judge Aaron:

We represent Plaintiff Windward Bora LLC and Defendant Hector Campusano in the above-referenced foreclosure matter. Please accept this letter as a joint request to adjourn the continuation of the Settlement Conference, currently scheduled for June 26, 2020, for 3 weeks or a date thereafter at the convenience of the Court. This is the first request for an adjournment of the Settlement Conference. The reason for this request is that the parties are still in the process of exchanging documentation as discussed at the first Settlement Conference on June 8, 2020, which we feel is necessary in order to have a productive settlement discussion with Your Honor.

We thank the Court for its review of our submission.

Respectfully Submitted,

| | |
|---|---|
| The Margolin & Weinreb Group, LLP | Law Office of Victor J. Molina |
| By: */s/ Alan H. Weinreb*<br>   Alan H. Weinreb, Esq.<br>   Attorneys for Plaintiff | By: */s/ Benjamin Sharav*<br>   Benjamin Sharav, Esq.<br>   Attorneys for Defendant Campusano |