USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2020

# Office of Victor J. Molina

te 1A                               Tel. (718) 401-1600
                                    Fax (718) 401-1611
                       EMAIL: v.j.molina@verizon.net

**Benjamin Sharav**
917-392-9887 (Direct)
juris_ben@msn.com

---

July 21, 2020

Magistrate Judge
Hon. Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Aaron_NYSDChambers@nysd.uscourts.gov

> Request GRANTED. The settlement conference currently scheduled for July 23 at 11:00 a.m. is rescheduled to 11:45 a.m. the same day. SO ORDERED.
>
> Dated: 7/21/2020      *Stewart D. Aaron*

   *Re:*   WINDWARD BORA LLC v. MANUEL A. BREA; HECTOR C. CAMPUSANO
           ***Docket No.:*** 1:19-cv-09998-AT
           Letter Motion to Adjourn Conference on July 23

Dear Hon. M.J. Aaron

   This is concerning the Mediation conference in the above-referenced case that is scheduled for July 23 at 11:00 am.

   In reviewing my calendar, I saw that a conference that I have in an action in this court before Hon. Judge Schofield, which I had down for 10:00 am, is scheduled for 10:50 am. (Docket No. 1:20-cv-2481-LGS-RWL)

   I have discussed with Plaintiff's counsel and respectfully request that the mediation conference be pushed back to some time after 11:40 a.m. on that date, if possible. Otherwise, I request rescheduling to a different date.

_____
Benjamin Sharav
917-392-9887 (Direct)
Juris_ben@msn.com
Law Office of Victor J. Molina
930 Grand Concourse, Ste. 1A
Bronx, NY 10451
718-401-1600
v.j.molina@verizon.net

CC:
Alyssa Kapner, Esq.
alyssa@nyfclaw.com
Alan H. Weinreb, Esq.
alan@nyfclaw.com
THE MARGOLIN & WEINREB LAW GROUP, LLP
165 Eileen Way, Suite 101
Syosset, New York 11791
Telephone: (516) 945-6055